*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

MICHAEL GRUBER,

       Plaintiff-Appellant,

v

WOLF CREEK PRODUCTIONS, INC., THOMAS
W. NICHOLS, MICHAEL SHERRILL, and
THOMAS NELSON,

       Defendants-Appellees.

UNPUBLISHED
January 06, 2025
1:53 PM

No. 367539
Shiawassee Circuit Court
LC No. 22-006479-CB

Before: MALDONADO, P.J., and M. J. KELLY and GARRETT, JJ.

M. J. KELLY, J. (*concurring*).

       I concur in the result only.

                                     /s/ Michael J. Kelly